# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CAPOZIO, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>JP MORGAN CHASE BANK, NA<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-5235 |

# ORDER

**AND NOW**, this 7th day of November 2017, upon consideration of the *motion to dismiss Plaintiffs' amended class action complaint* filed by Defendant JP Morgan Chase Bank, NA ("Defendant"), [ECF 13], the response in opposition thereto filed by Plaintiffs Mark Capozio and Linda Capozio ("Plaintiffs"), [ECF 16], Defendant's reply, [ECF 18], Plaintiffs' supplemental memorandum, [ECF 20], Defendant's supplemental memorandum, [ECF 21], Defendant's response to Plaintiffs' supplemental memorandum, [ECF 25], and the allegations contained in Plaintiffs' amended complaint, [ECF 9], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion to dismiss is **GRANTED**, in part, and **DENIED**, in part, as follows:

(1) Counts I, III and IV are dismissed in their entirety;

(2) Count II is dismissed only to the extent it relies upon Defendant's alleged status as a "debt collector" and/or a violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*; and

(3) the motion is denied in all other respects.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*